**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE

2025 NOV -3 PM 4:01

---

TAMEER PEAK,

        Plaintiff,

    v.

ONIKA TANYA MARAJ-PETTY p/k/aNICKI
MINAJ, PINK PERSONALITY INC., PEDRO
VELAZQUEZ

        Defendants.

Case No. 25-cv-07552

---

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that Plaintiff **Tameer Peak**, proceeding pro se, respectfully moves this Court, pursuant to **Rule 55(b)(2)** of the Federal Rules of Civil Procedure, for entry of **Default Judgment** against Defendants **Onika Tanya Maraj** and **Pink Personality, Inc.**, for their failure to plead or otherwise defend this action, following the Clerk's entry of default on **October 24, 2025** (ECF No. **[15]**).

This motion is supported by the accompanying Memorandum of Law, Declaration of Tameer Peak with Exhibits, and Proposed Order.

Respectfully submitted,


Tameer Peak Plaintiff Pro Se
650 Hunterdon St
Newark, NJ, 07108
Phone: 862-763-8696
Email:tameerpeak@gmail.com

1