UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TAMEER PEAK,                                                :
                                                           :
                              Plaintiff,                    :
                                                           :            25-CV-7552 (VSB)
                  -against-                                 :
                                                           :                 **<u>ORDER</u>**
ONIKA TANYA MARAJ-PETTY, *et al.*,                          :
                                                           :
                              Defendants.    :
----------------------------------------------------------- X


<u>VERNON S. BRODERICK, United States District Judge</u>:

On November 13, 2025, I issued an Opinion & Order vacating Defendant Pink

Personality Inc. ("Pink Personality") and Onika Tanya Maraj-Petty's ("Maraj-Petty") certificates

of default and staying proceedings in this matter for 45 days.  (Doc. 27.)  In this Order, I also

directed Defendants Pink Personality and Maraj-Petty to "to file a status update 30 days after this

order is issued regarding their efforts to find and retain new counsel.  (*Id.*)  On December 16,

2025, I granted Pink Personality and Maraj-Petty's request to extend the stay in this matter until

January 12, 2026.  (Doc. 35.)  Since the stay in this matter has expired, Defendants Pink

Personality and Maraj-Petty are directed to file a response to Plaintiff's Complaint by February

25, 2026.


SO ORDERED.

Dated:        February 4, 2026
              New York, New York

              Vernon S. Broderick
              United States District Judge

1