IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMEER PEAK,<br><br>       Plaintiff<br><br>       v.<br><br>ONIKA TANYA MARAJ-PETTY p/k/a NICKI MINAJ, PINK PERSONALITY, INC., PEDRO VELASQUEZ,<br><br>       Defendants. | Case No.:  1:25-cv-07552-VSB |

    PLEASE TAKE NOTICE that Matthew Abbott, upon the accompanying Memorandum of Law, and the Declaration of Matthew Abbott, respectfully moves the court before the Honorable Vernon S. Broderick, U.S.D.J., at the United States District Court, Southern District of New York, United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be designated by the Court, to withdraw from his representation of Defendants Onika Tanya Maraj-Petty and Pink Personality, Inc. in the above-captioned case, and to grant such other and further relief as this Court deems just and proper.

                                        Respectfully submitted,

Dated: February 24, 2026          By: /s/ Matthew Abbott

                                        NORTHSTAR BUSINESS ENTERPRISES, LLC
                                        450 Seventh Avenue, Suite 601
                                        New York, NY 10123
                                        Ph: (646) 559-8314
                                        Email: matthew@thenorthstargroup.biz