```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TAMEER PEAK,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :         25-CV-7552 (VSB)
                -against-                                   :
                                                            :              ORDER
ONIKA TANYA MARAJ-PETTY, et al.,                            :
                                                            :
                              Defendants.                   :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the February 24, 2026 motion filed by Defendants Onika Maraj-Petty and Pink Personality, Inc.'s counsel Matthew Abbott seeking leave to withdraw from this action on the grounds that he only agreed to represent Defendants on a limited scope and has been unable to reach Defendants for over two months despite his efforts to assist them in retaining litigation counsel.  (Doc. 37.)  Accordingly, it is hereby:

ORDERED that Defendants Onika Maraj-Petty and Pink Personality, Inc. shall submit their opposition, if any, to counsel's motion on or before March 18, 2026.  Defendants are instructed to mail any response to the Pro Se Intake Unit, Thurgood Marshall U.S. Courthouse, 40 Foley Square, Room 105, New York, NY 10007.  Defendants are further advised that while an individual may represent itself pro se, a corporation may not.  Therefore, if I grant Mr. Abbott's motion to withdraw, Defendant Pink Personality, Inc. will be required to retain new counsel or a default judgment will be entered against it.

IT IS FURTHER ORDERED that Plaintiff shall also submit his response, if any, to Mr. Abbott's motion to withdraw on or before March 18, 2026.

1

IT IS FURTHER ORDERED that Defendants' deadline to respond to Plaintiff's complaint will be held in abeyance pending resolution of Mr. Abbott's motion to withdraw from the action.

SO ORDERED.

Dated:     February 25, 2026
              New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge