UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :

TAMEER PEAK,                       :

                              :

               Plaintiff,     :              25-CV-7552 (VSB)

                              :

         -against-          :

                              :              **ORDER**

ONIKA TANYA MARAJ-PETTY, *et al.*,   :

                              :

             Defendants.   :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      On March 19, 2026, I issued an order granting Matthew Abbot's motion to withdraw as Defendants Onika Tanya Maraj-Petty ("Maraj-Petty") and Pink Personality, Inc.'s ("Pink Personality") counsel and stated that "Defendants shall have sixty (60) days from the date of this Order to retain new counsel or clarify whether they intend to proceed *pro se*." (Doc. 43.) On May 18, 2026, new counsel for Maraj-Petty and Pink Personality filed their Notices of Appearance. (Docs. 44, 45.) Accordingly, it is hereby ORDERED that Maraj-Petty and Pink Personality shall have thirty (30) days from the date of this order to file their response to Plaintiff's Complaint.

SO ORDERED.

Dated:      May 20, 2026
             New York, New York

                                  Vernon S. Broderick
                               United States District Judge