UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMEER PEAK,<br><br>                    Plaintiff,<br><br>     -v-<br><br>ONIKA TANYA MARAJ-PETTY, p/k/a NICKI MINAJ,<br>et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 7552 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 46). On September 10, 2025, pro se Plaintiff Tameer Peak ("Plaintiff") filed a complaint against Defendants Onika Tanya Maraj-Petty, professionally known as Nicki Minaj ("Ms. Minaj"), Pink Personality, Inc. ("Pink Personality"), and Pedro Velaquez ("Velasquez") (together, Defendants") asserting claims for defamation, defamation per se, false light and vicarious liability arising from Defendants' "malicious false statements and harassment directed at Plaintiff." (Dkt. No. 1 (the "Complaint")).

The current deadline for Ms. Minaj and Pink Personality to respond to the Complaint (Dkt. No. 1) is **June 22, 2026**. (Dkt. No. 47). Plaintiff, however, has not yet filed proof of service of the summons and Complaint on Velaquez. Accordingly, by **June 5, 2026**, Plaintiff shall file proof of service of the summons and Complaint on Velazquez. PLAINTIFF IS WARNED THAT FAILURE TO FILE THE REQUIRED PROOF OF SERVICE BY **JUNE 5, 2026** MAY RESULT IN THE COURT RECOMMENDING THAT PLAINTIFF'S CLAIMS AGAINST VELAZQUEZ BE DISMISSED FOR FAILURE

2

TO PROSECUTE.

Dated:          New York, New York
                May 22, 2026                    SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2