UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMEER PEAK,<br><br>Plaintiff,<br><br>-against-<br><br>ONIKA TANYA MARAJ-PETTY, *et al.*,<br><br>Defendants. | 25-CV-7552 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On September 10, 2025, Plaintiff filed a complaint against Defendant Pedro Velazquez ("Velazquez"). (Doc. 1.) Plaintiff obtained a summons on September 29, 2025. (Doc. 8.) On June 4, 2026, Plaintiff indicated that he "has made three separate attempts to serve Defendant Velazquez at the address believed to be associated with him, but service has not been successful." (Doc. 49.) On June 5, 2026, Magistrate Judge Sarah L. Cave issued an order extending Plaintiff's deadline to serve Velazquez with the summons and Complaint until June 22, 2026 but noted that Plaintiff "should consider dismissing [Velazquez] from this action without prejudice in order for the action to move forward." (Doc. 50.) Plaintiff has still not filed an affidavit of service or indicated any other updates on his intentions to serve or prosecute this case against Velazquez. Accordingly, it is hereby:

ORDERED that, no later than October 22, 2026, Plaintiff shall submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed against Defendant Velazquez pursuant to Federal Rule of Civil Procedure 4(m). "Good cause is generally found only in exceptional circumstances where the plaintiff's failure to serve process in a timely manner was the result of circumstances beyond its control." *E. Refractories Co. v. Forty Eight Insulations, Inc.*, 187 F.R.D. 503, 505 (S.D.N.Y.

1999) (internal quotation marks omitted). "District courts consider the diligence of plaintiff's efforts to effect proper service and any prejudice suffered by the defendant as a consequence of the delay." *Id.* "An attorney's inadvertence, neglect, mistake or misplaced reliance does not constitute good cause." *Howard v. Klynveld Peat Marwick Goerdeler*, 977 F. Supp. 654, 658 (S.D.N.Y. 1997). Plaintiff is warned that failure to submit a letter and to demonstrate good cause for failure to serve Defendant Velazquez within ninety days after the complaint was filed may result in dismissal of this action against Defendant Velazquez.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon S. Broderick
United States District Judge