UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TAMEER PEAK,<br><br>Plaintiff,<br><br>-against-<br><br>ONIKA TANYA MARAJ-PETTY, *et al.*,<br><br>Defendants. | : | 25-CV-7552 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On September 10, 2025, Plaintiff initiated this action against Defendants Onika Tanya Maraj-Petty ("Maraj-Petty"), Pink Personality Inc. ("Pink Personality), and Pedro Velazquez ("Velazquez") (collectively, "Defendants"). (Doc. 1.) On June 19, 2026, Maraj-Petty and Pink Personality moved to dismiss Plaintiff's complaint, submitting a memorandum in support of their motion. (Docs. 51, 52.) On June 20, 2026, pro se Plaintiff filed a letter response to the motion stating that he "does not intend to oppose the motion," and "does not oppose dismissal of the Complaint," since "further litigation of this matter is unwarranted." (Doc. 54.) Furthermore, Plaintiff states that he does not "wish to seek leave to amend, supplement the pleadings, or otherwise continue litigating those issue." (*Id.*) On June 22, 2026, Maraj-Petty and Pink Personality requested that I dismiss this action in its entirety with prejudice based on Plaintiff's representations. (Doc. 55.) Shortly thereafter, on June 25, 2026, I issued an order requesting that Plaintiff file a letter indicating whether he agrees to a dismissal of his claims. (Doc. 56.)

On July 4, 2026, Plaintiff stated that "[i]f the Court is inclined to permit amendment in lieu of dismissal, Plaintiff would avail himself of that opportunity and file an amended

complaint." (Doc. 57.) Maraj-Petty and Pink Personality opposed Plaintiff's request for leave to amend. (Doc. 58.)

The pending motion to dismiss continues to remain under consideration alongside Plaintiff's request to amend his complaint. In light of Plaintiff's request, I hereby ORDER Plaintiff to file a copy of his Proposed Amended Complaint pursuant to Local Civil Rule 15.1 by October 20, 2026, so that I may evaluate the proposed pleading alongside the parties' requests.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon S. Broderick
ited States District Judge