UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMEER PEAK,

Plaintiff,

-against-

ONIKA TANYA MARAJ-PETTY, *et al.*,

Defendants.

25-CV-7552 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 10, 2025, Plaintiff initiated this action against Defendants Onika Tanya Maraj-Petty ("Maraj-Petty"), Pink Personality Inc. ("Pink Personality), and Pedro Velazquez ("Velazquez") (collectively, "Defendants"). (Doc. 1.) Pursuant to Federal Rule of Civil Procedure 4(m), if "a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff was therefore obligated to serve all defendants no later than December 9, 2025.

On June 4, 2026, Plaintiff indicated that he "has made three separate attempts to serve Defendant Velazquez at the address believed to be associated with him, but service has not been successful." (Doc. 49.) On June 5, 2026, Magistrate Judge Sarah L. Cave issued an order extending Plaintiff's deadline to serve Velazquez with the summons and complaint until June 22, 2026. On October 6, 2026, I entered an Order directing Plaintiff, by October 22, 2026, to "submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed against Defendant Velazquez pursuant to

Federal Rule of Civil Procure 4(m)." (Doc. 59.) To date, Plaintiff has failed to file this letter or request additional time to do so.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), this matter is hereby DISMISSED without prejudice against Defendant Velazquez for failure to timely enact service without good cause.

SO ORDERED.

Dated: October 26, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
ited States District Judge